IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.:  1:05cr39-SPM/AK
 1:06cr20-SPM/AK

GERALD JEROME RAYMOND,

    Defendant.
_____/

## ORDER ON FINANCIAL AFFIDAVIT

Attorney William E. Bubsey has already been appointed to represent Defendant in the North Carolina and Georgia transfer cases.  The Court has reviewed Defendant Raymond's financial affidavit (doc. 241) subsequent to that appointment and finds that Defendant Raymond qualifies for appointment of counsel.  Therefore, Attorney William E. Bubsey shall remain as Defendant Raymond's court appointed counsel.

SO ORDERED this 10th day of August, 2006.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge