IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO.:   1:05cr39-SPM/AK

GERALD JEROME RAYMOND,

    Defendant.
_____/

## ORDER DENYING MOTION FOR TRO AND INJUNCTION

This cause comes before the Court on Defendant Gerald Jerome Raymond's "Motion for Temporary Restraining Order and Injunction to Show Cause Order." Doc. 423. Defendant complains that he is being made to pay a portion of his UNICOR wages toward his restitution obligation as a condition of his participation in the Inmate Financial Responsibility Program. He contends that the payments constitute an unlawful delegation of the Court's responsibility to establish a restitution payment plan. This argument is without merit.

As Defendant acknowledges, his judgment requires immediate payment of restitution. Although this means Defendant must make good faith payments while incarcerated, the Court did not delegate to the Bureau of Prisons the responsibility to establish a restitution payment plan. McGhee v. Clark, 166 F.3d 884, 886 (7th Cir. 1999). Furthermore, Defendant's participation in the Inmate

Financial Responsibility Program is voluntary, and the payment responsibilities that come with participation are reasonably related to legitimate penological objectives.  <u>Williams v. Pearson</u>, 197 Fed. Appx. 872, 876-77, 2006 WL 2769377, at *3-4 (11th Cir. Sept. 26, 2006).  Accordingly, it is

ORDERED AND ADJUDGED that the Motion for Temporary Restraining Order and Injunction to Show Cause Order, Doc. 423, is denied.

DONE AND ORDERED this 12th day of March, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.:  1:05cr39-SPM/AK